RECEIVED AUG 14 2009 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re  Weisburgh Mechanical Electric Corp. )
[Set forth here all names including married, maiden, and trade )
names used by debtor within last 8 years.] )
)
)
          Debtor )  Case No.  x04-15306x  04-13506
)
)  Chapter  7
)
Employer's Tax Identification No(s). [if any]  14-1764058 )
Last four digits of Social Security No(s): _____ )

## ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It is ordered that the application for payment of unclaimed funds in the amount of

$5,332.05  is hereby approved and that pursuant to 28 U.S.C. 2042, the Bankruptcy

Clerk pay this unclaimed money to the order of:

F.W. Webb Company
(Name of Creditor)

160 Middlesex Turnpike
(Address of Creditor)

Bedford
(Address of Creditor)

Massachusetts  01703
(Address of Creditor)

04-195-2890
(Tax Identification Number of Creditor)

BY THE COURT

RECEIVED & FILED SEP 2 2009 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY

2009 AUG 11 PM 4:05 RETURNED

RECEIVED AUG -7 2009 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY

RECEIVED MAR 30 2009 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY

_____
HON. ROBERT E. LITTLEFIELD, JR.
Chief U.S. Bankruptcy Judge

At  Albany, NY

DATE:  SEP 2 - 2009

F:69(01/01/2009)